**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7628**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KITTRELL BERNARD DECATOR; CRAIG LAMONT SCOTT,

Defendants - Appellants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CR-94-281-K, CR-95-202-K)

---

Submitted: January 30, 1998      Decided: February 18, 1998

---

Before WIDENER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kittrell Bernard Decator, Craig Lamont Scott, Appellants Pro Se.
James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kittrell B. Decator and Craig L. Scott appeal from the district court's order denying their motion filed pursuant to Fed. R. Civ. P. 12(b)(1), (6), to dismiss their convictions and sentences for bank robbery, 18 U.S.C.A. § 2113(a) (West Supp. 1997). Appellants contend that the Government does not have a private cause of action under the bank robbery statute. Because their claims are frivolous, we affirm the district court's dismissal of their motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2